145 F.3d 361
 Geraldine Ard, Lillie Atkins, Anthony Banks, Mary Banks,
Natural Tutrix of her Children, Earnest Banks and Travis
Thompson, Roosevelt Banks, Bernice Bond, Joe Brown, Otis
Burton, Clara Butler, Fred Butler, Jr., Georgia Butler,
Natural Tutrix of her Children, Latilda Butler and Ledell
Butler, Phyllis Butler, Natural Tutrix of her Children Brice
Butler and Travis Butler, Willie Paul Butler, Chelis Cain,
Jimmie Coleman, Louj Coleman, John Coleman, Alicena Coleman,
 NO. 97-30148
 United States Court of Appeals,
Fifth Circuit.
 May 21, 1998
 M.D.La., 138 F.3d 596
 
 1
 DENIALS OF REHEARING EN BANC.